# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# AKRON DIVISION

| | |
|---|---|
| In Re: | Case No. 17-51495-amk |
| Deborah Sue Richardson | Chapter 13 |
| Debtor. | Judge Alan M. Koschik |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of U.S. Bank Trust National Association, as Trustee of the FW Series I Trust ('Creditor'), in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on May 13, 2021, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

James F. Ciccolini, Debtor's Counsel
boston2021@msn.com

Keith Rucinski, Trustee
efilings@ch13akron.com

Office of the U.S. Trustee
(registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Deborah Sue Richardson, Debtor
    356 Franklin Ave.
    Barberton, OH 44203

                                              /s/ Molly Slutsky Simons
                                              Molly Slutsky Simons (0083702)
                                              Attorney for Creditor